

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00540-CR

Ruben **ARCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRM000033-D2
Honorable Mark R. Luitjen, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 30, 2014.

_____
Patricia O. Alvarez, Justice